[No. 21881-6-I. Division One. May 15, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. TY ROBERT
MYERS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 87-8-04994-1, Mary Wicks Brucker, J.,

entered February 26, 1988. *Affirmed* by unpublished opinion per Winsor, J., concurred in by Scholfield and Pekelis, JJ.